**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

'16 - CV - 0 2 8 6 0

Civil Action No. _____

(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2016 NOV 22 PM 3: 06

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

Krista Edmonds-Radford

Plaintiff,

v.

Southwest Airlines ,

Defendant.

---

### TITLE VII COMPLAINT

---

### PARTIES

1. Plaintiff Krista Edmonds-Radford is a citizen of USA _____
   who presently resides at the following address:
   3601 S. Kirk St. Aurora. Co. 80013

2. Defendant Southwest Airlines   lives at or is located at the following
   address:
   8400 Pena Blvd. Denver, Co. 80249

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.
   § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
   8400 Pena Blvd. Denver, Co. 80249

6. Jurisdiction also is asserted pursuant to the following statutory authority:

_____

(Rev. 07/06)

**ADMINISTRATIVE PROCEDURES**

7.    Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on _August 25,_ (date) regarding the alleged discriminatory conduct by Defendant(s).    2015

8.    Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on _August 24, 2016_ (date).  (Please attach to the complaint a copy of the Notice of Right to Sue.)    2016

## NATURE OF THE CASE

9.    Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

_____ Race            _____ Color            _____ Religion

_____ Sex            _____ National Origin

__X__ Other (please specify) __Disability__

10.    Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

_____ Failure to hire

_____ Failure to promote

__X__ Demotion/discharge from employment

_____ Other (please specify) _____

(Rev. 07/06)                                2

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages.
Alternatively, you may attach to the complaint a copy of the charge of discrimination
you submitted to the Equal Employment Opportunity Commission.)

**SECOND CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

**THIRD CLAIM FOR RELIEF
AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

Reinstatement of employment without retaliation, back pay from Jan. 20, 2015 until August 10, 2015 and to be made whole lost apartment, car repo, lost furniture, became homeless with service dog, Mental anguish. Possible relocation where I have my emotional Support.

Date: 11-22-2016

(Plaintiff's Original Signature)

3601 S. Kirk St

(Street Address)

Aurora Co 80013

(City, State, ZIP)

720-434-5551

(Telephone Number)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 541-2015-01906 |

| Colorado Civil Rights Division | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.)<br>**Ms. Edmonds-Radford L. Krista** | Home Phone (Incl. Area Code)<br>**(720) 434-5551** | Date of Birth<br>**06-22-1965** |
|---|---|---|
| Street Address                                          City, State and ZIP Code<br>**3601 S. Kirk Street, Aurora, CO 80013** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**SOUTHWEST AIRLINES** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(214) 792-6671** |
|---|---|---|
| Street Address                                        City, State and ZIP Code<br>**Denver International Airport,  Denver, CO 80247** | | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address                                        City, State and ZIP Code | EEOC DENVER<br>OFFICE | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest          Latest<br>**01-20-2015**    **01-20-2015**<br><br>☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was denied a reasonable accommodation and discharged.

I am disabled as defined in the Americans with Disabilities Act of 1990, as amended ("ADAAA") and I was discriminated against because of my disability, regarded as disabled, denied a reasonable accommodation and retaliated against for taking part in a protected activity in violation of the ADAAA.

a)      I was hired on September 27, 2014 to perform the duties of a Customer Service Agent.

b)      During my training period, I placed my employer on notice regarding my disability and my need for an accommodation. Despite my request, none were provided.

c)      Subsequently, Managers John Baker and Tammy Moore discharged me on January 20, 2015 stating that I was not learning fast enough and I was not a good fit.

d)      I appealed the discrimination and the Manager Labor Relations Bob Watkins reinstated me effective July 8, 2015. I have not starting working yet because I need to submit my birth certificate and marriage certificate to the Denver International Airport.

e)      However, despite being reinstated, I have not been compensated for the pay I would have been receiving had it not been for discrimination

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Aug 25, 2015**<br>Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |